## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Scales, Stanley

Printed:  4/1/08

Case Number:  07 B 05514
Judge:  Hollis, Pamela S
Filed:  3/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  November 26, 2007
Confirmed:  June 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,596.05 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,455.86 |
| Trustee Fee: |  | 140.19 |
| Other Funds: |  | 0.00 |
| Totals: | 2,596.05 | 2,596.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 400.00 | 281.82 |
| 2. | Robert J Semrad & Associates | Administrative | 2,834.00 | 2,174.04 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 4,964.33 | 0.00 |
| 5. | Nicor Gas | Unsecured | 285.69 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 676.12 | 0.00 |
| 7. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | JVDB Smith Assoc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,160.14 | $ 2,455.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 140.19 |
| | _____ |
| | $ 140.19 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Scales, Stanley

Printed:  4/1/08

Case Number:  07 B 05514

Judge:  Hollis, Pamela S

Filed:  3/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

